JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RENE R.,

                Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

            Defendant.

NO. CV 24-2556-AGR

**JUDGMENT**

      IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion and Order filed concurrently herewith.

DATED: July 10, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE